States et al., and *Stanley Mosk*, Attorney General of California, *B. Abbott Goldberg, Denver C. Peckinpah, Adolph Moskowitz, James K. Abercrombie, Irl Davis Brett* and *J. O. Reavis* for the State of California et al., respondents in No. 606. Reported below: 293 F. 2d 340.

No. 739. WOLF ET AL. *v.* WEINSTEIN ET AL. C. A. 2d Cir. Certiorari granted. *Melvin Lloyd Robbins* for petitioners. *Harold Harper, Arnold A. Weinstein, Alex L. Rosen* and *Marvin N. Rosen* for respondents.

No. 34. SABA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Worton* for petitioners. *Solicitor General Cox* for the United States.

No. 51. UNITED GAS PIPE LINE Co. *v.* IDEAL CEMENT Co. C. A. 5th Cir. Certiorari denied. *E. Dixie Beggs* for petitioner. *Marion R. Vickers* for respondent. *Charles S. Rhyne* and *Herzel H. E. Plaine* for the City of Mobile, Alabama, as *amicus curiae,* in support of petitioner.

No. 701. KITCHENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 733. DE LUCIA *v.* FLAGG. C. A. 7th Cir. Certiorari denied. *William Scott Stewart* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for respondent.